IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morris, Richard G | Case Number: 05 B 50524 |
|---|---|---|
| | Morris, Therese A | Judge: Hollis, Pamela S |
| | Printed: 2/19/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 24, 2008
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,409.00 | |
| Secured: | | 13,130.42 |
| Unsecured: | | 2,368.78 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 976.25 |
| Other Funds: | | 1,733.55 |
| Totals: | 20,409.00 | 20,409.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 0.00 | 0.00 |
| 5. | Future Finance | Secured | 5,203.82 | 5,203.82 |
| 6. | National City Mortgage Co | Secured | 2,180.00 | 2,180.00 |
| 7. | Wells Fargo Bank | Secured | 5,746.60 | 5,746.60 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 989.62 | 989.62 |
| 9. | ECast Settlement Corp | Unsecured | 602.57 | 602.57 |
| 10. | Capital One | Unsecured | 604.94 | 604.94 |
| 11. | Wells Fargo Bank | Unsecured | 171.65 | 171.65 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Superior Court Camden | Unsecured | | No Claim Filed |
| 14. | Home Depot | Unsecured | | No Claim Filed |
| 15. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | $ 17,699.20 | $ 17,699.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 361.28 |
| 5% | 140.00 |
| 4.8% | 220.80 |
| 5.4% | 254.17 |
| | $ 976.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Morris, Richard G  
       Morris, Therese A  
       Printed:  2/19/08

Case Number:  05 B 50524  
Judge:  Hollis, Pamela S  
Filed:  10/12/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

